UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX EDWARD MARTIN,<br><br>    Petitioner,<br><br>  v.<br><br>TERESER A. BANKS, Warden,<br><br>    Respondent. | No. CV 10-5841 PA (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 5, 2011

                                         PERCY ANDERSON
                                   United States District Judge